ERIC J. WERSCHING, Bar No. 229415
PAUL M. TEINERT, Bar No. 272390
ROSS WERSCHING & WOLCOTT LLP
Attorneys at Law
3151 Airway Ave., Suite S-1
Costa Mesa, California 92626
Telephone: (714) 444-3900
Facsimile: (714) 444-3901
EJW@RossLLP.com

Attorneys for Defendant
ABM INDUSTRIES INCORPORATED

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVENUE, SUITE S-1
COSTA MESA, CA 92626
(714) 444-3900

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

CHARLES DAVIS; JONATHAN NABAGO; MOHAMED BHOLAT; HASANJEE BHOLAT; BYRON WILLIAMS; CHIRAGH HUSSAIN; AND REGINALD JOHNSON,

Plaintiffs,

v.

ABM INDUSTRIES INC., A DELAWARE CORPORATION; UNITED SERVICE WORKERS WEST (SEIU Local 1877), a Labor Organization, and DOES 1 through X, inclusive,

Defendants.

CASE NO.

(Los Angeles County Superior Court Case No. 21STCV15495)

**DEFENDANT ABM INDUSTRIES, INC.,'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §§§ 1331, 1441(c), and 1446**

**[FILED CONCURRENTLY WITH DECLARATION OF ERIC J. WERSCHING]**

Date State Action Filed:
May 18, 2021

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFFS

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVENUE, SUITE S-1
COSTA MESA, CA 92626
(714) 444-3900

CHARLES DAVIS, JONATHAN NABAGO, MOHAMED BHOLAT, HASANJEE BHOLAT, BYRON WILLIAMS, CHIRAGH HUSSAIN, AND REGINALD JOHNSON AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant ABM Industries Incorporated (incorrectly named as "ABM Industries Inc.") (hereinafter "ABM" and/or "Defendant") hereby files this Notice of Removal of the above-entitled action from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California under 28 U.S.C. §§ 1331, 1441(c), and 1446 based upon Federal Question Jurisdiction. Defendant's removal of this action is based on the following:

1. On or about May 18, 2021, Plaintiffs Charles Davis, Jonathan Nabago, Mohamed Bholat, Hasanjee Bholat, Byron Williams, Chiragh Hussain, and Reginald Johnson (hereinafter individually "Plaintiff" and collectively "Plaintiffs") filed an action against ABM Industries Incorporated and United Service Workers West (the "Union") entitled "CHARLES DAVIS; JONATHAN NABAGO; MOHAMED BHOLAT; HASANJEE BHOLAT; BYRON WILLIAMS; CHIRAGH HUSSAIN; AND REGINALD JOHNSON, Plaintiffs, vs. ABM INDUSTRIES INC., a Delaware Corporation; UNITED SERVICE WORKERS WEST (SEIU Local 1877), a Labor Organization, and DOES 1 through X inclusive, Defendants" in the Superior Court of California for the County of Los Angeles, commencing Case Number 21STCV15495 (the "Complaint"). (Declaration of Eric J. Wersching ("Wersching Decl."), ¶ 2). Plaintiffs' Complaint alleges claims against ABM for: (a) Age Discrimination, and (b) Intentional Infliction of Emotional Distress. A true and correct copy of Plaintiffs' Complaint is attached to the Wersching Decl. as Exhibit "A".

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVENUE, SUITE S-1
COSTA MESA, CA 92626
(714) 444-3900

2. This civil action is currently pending in the Superior Court of the State of California for the County of Los Angeles. (Wersching Decl. ¶ 3)

3. On **June 10, 2021**, Plaintiffs served removing party with a Summons and the Complaint. This notice of removal, filed on **July 9, 2021**, is filed within thirty (30) days after service of the Summons and Complaint, and is therefore timely under 28 U.S.C. § 1446(b). Additionally, all defendant parties consent to this removal. (Wersching Decl. ¶ 4.)

4. A true and correct copy of the Summons and Civil Case Cover Sheet in the state court matter are attached as Exhibit B to the Wersching Decl., which is filed concurrently herewith.

5. Defendant will serve written notice of the filing of this Notice of Removal to Plaintiffs as required by 28 U.S.C. §1446(d) and will file a Notice of Removal with the clerk of the Superior Court of the State of California in and for the County of Los Angeles, as further required by statute and case law. (Wersching Decl. ¶ 6.)

<u>REMOVAL BASED ON FEDERAL QUESTION JURISDICTION</u>

6. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1331, on the basis that the allegations in the Complaint are pre-empted by Section 301 of the Labor Management Relations Act (the “LMRA”), 29 U.S.C. § 185.

7. Specifically, the Complaint alleges that Plaintiffs were members of the

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVENUE, SUITE S-1
COSTA MESA, CA 92626
(714) 444-3900

Union and worked for ABM[1] as Skycaps at the United Airlines and Continental Airlines Terminals at Los Angeles International Airport. (Complaint, ¶¶ 9, 14) ABM and the Union are parties to the Collective Bargaining Agreement ("CBA") which includes, *inter alia*, provisions that define seniority, govern layoffs, and contains a grievance and arbitration process.

8. The Complaint alleges that Plaintiffs experienced Age Discrimination and Intentional Infliction of Emotional Distress when ABM and that the Union purportedly violated the CBA. (Complaint, ¶¶ 12, 14, 21) Specifically, in their First Cause of Action, Plaintiffs claim they experienced age-based discrimination because they were placed at the bottom of the seniority list inside the United Airlines Terminal and lost job opportunities to younger employees. (Complaint, ¶ 14) Additionally, Plaintiffs allege that as a result of ABM's and the Union's purported violation of the CBA, Plaintiffs continue to suffer lost income and emotional distress. (Complaint, ¶¶ 17, 22) Accordingly, Plaintiff's claims, while pled as statutory and tort claims are in fact actually based on an alleged breach of the CBA. As such, the Court would necessarily be required to interpret and apply the seniority provision and layoff rights set forth in the CBA entered into between ABM and the Union, which renders Plaintiffs claims preempted by Section 301.

9. Furthermore, and as discussed above, Plaintiffs' First Cause of Action regarding their "Seniority" rights is substantially dependent on an analysis and interpretation of provisions of the CBA. It is apparent that the basis for Plaintiffs' First Cause of Action is that "Plaintiffs were not permitted to exercise their terminal and airport seniority as required by the Collective Bargaining Agreement."

[1] It should be noted that Plaintiffs were employed by ABM Aviation, Inc., a wholly owned subsidiary of ABM Industries Incorporated. No Plaintiff was employed by the named ABM defendant.

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVENUE, SUITE S-1
COSTA MESA, CA 92626
(714) 444-3900

(Complaint, ¶ 14) This contention clearly indicates that Plaintiffs believe their "Seniority" rights under the CBA afford them job opportunities and the preference of work location. Thus, this Court must interpret the CBA to resolve Plaintiffs' First Cause of Action.

9. Plaintiffs' First Cause of Action falls squarely within the purview of Section 301 of the Labor Management Relations Act ("LMRA"), which provides in pertinent part: "Suits for violation of contracts between an employer and a labor organization representing employees in an industry affecting commerce as defined in this Act, or between any such labor organizations, may be brought in any district court in the United States having jurisdiction of the parties, without respect to the amount in controversy or without regard to the citizenship of the parties." 29 U.S.C. § 185(a). Accordingly, Plaintiffs' First Cause of Action is completely preempted by the LMRA for purposes of establishing federal removal jurisdiction. *Avco Corp. v. Aero Lodge No. 735, Int'l Assoc. of Machinists and Aerospace Workers*, 390, U.S. 557, 559-62 (1968); *Franchise Tax Board of the State of Cal. v. Construction Laborers Vacation Trust for Southern Cal.*, 463 U.S. 1, 22-24 (1983). Preemption under LMRA §301 is so complete that it confers federal question jurisdiction over all such claims and justifies removal in this matter.

10. This court also has supplemental jurisdiction over Plaintiffs' remaining state-law claim. This additional claim is based on the same predicate factual allegations as Plaintiffs' preempted claim for "Age Discrimination", and thus forms part of the same case or controversy. Because the claims are part of the same case or controversy as the preempted claim, the Court has supplemental jurisdiction over the claim. 28 U.S.C. §1367(a). Therefore, the Court has subject matter jurisdiction over all of the Plaintiffs' claims.

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVENUE, SUITE S-1
COSTA MESA, CA 92626
(714) 444-3900

## VENUE

11. Venue lies in the United States District Court for the Central District of California, pursuant to 28 U.S.C. §84(a) and 1441(a), because this Court's territorial jurisdiction includes Los Angeles County, California, where the State Court Action was filed and was pending.

## NOTICE TO STATE COURT AND TO PLAINTIFF

12. Defendant will give prompt notice of the filing of this Notice of Removal to Plaintiffs and to the Clerk of the Superior Court of the State of California for the County of Los Angeles. (Wersching Decl. ¶ 6.)

## MISCELLANEOUS ISSUES

13. By filing this Notice of Removal, ABM does not waive any defenses that may be available to it including, without limitation, those related to service, service of process, the sufficiency of process, venue, or jurisdiction, properly named parties and ABM specifically reserves the right to file any motions, assert any defenses and/or make any objections to which it may be entitled. Additionally, as noted previously, all defendants consent to this removal. (Wersching Decl. ¶ 4.)

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVENUE, SUITE S-1
COSTA MESA, CA 92626
(714) 444-3900

WHEREFORE, Defendant respectfully request that the above-entitled action now pending against it in the Superior Court of the State of California for the County of Los Angeles, Case No. 21STCV15495, be removed to this Court.

DATED: July 9, 2021

ROSS WERSCHING & WOLCOTT LLP

By: */s/ Eric J. Wersching*

ERIC J. WERSCHING
Attorneys for Defendant
ABM Industries Incorporated